```
 1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    PATRICK M. GLENN - 141604
 2  LISA M. POOLEY - 168737
    333 Market Street, 21st Floor
 3  San Francisco, CA  94105-2173
    Telephone:     (415) 777-3200
 4  Facsimile:     (415) 541-9366
    lpooley@hansonbridgett.com
 5
    Attorneys for Defendant
 6  LYON'S OF CALIFORNIA, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; SHERRI CHIESA, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>LYON'S OF CALIFORNIA, INC., a California Corporation,<br><br>Defendant. | No. 3:04-CV-05108 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LYON'S OF CALIFORNIA, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:           September 2, 2005<br>Time:          10:00 a.m.<br>Ctrm:          8<br>Judge:        Charles R. Breyer<br>Complaint Filed:   December 2, 2004 |

  Defendant Lyon's of California, Inc.'s ("Defendant") Motion for Summary Judgment came on for hearing before this Court on September 9, 2005, at 10:00 a.m. in Department 8 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Charles R. Breyer, presiding. Appearing for Defendant, Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP, by Patrick M. Glenn. Appearing for Plaintiffs Board of Trustees of the San Mateo Hotel Employees and Restaurant Employees Welfare Fund and Sherri Chiesa, Erskine & Tulley, by Michael J. Carroll.

  The Court having reviewed and considered all papers filed in support of and in opposition to the motion, and the arguments of counsel, finds that Defendant is entitled to summary

- 1 -

1 | judgment as a matter of law for the following reason:

2 |     The governing collective bargaining agreement required Lyon's to contribute only for
3 | eligible employees who enrolled in the health and welfare plan.  (*See* Stip., Ex. A)

5 | Dated:   September 09  , 2005

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge

APPROVED
*[signature]*
Judge Charles R. Breyer

- 2 -
DEFENDANT LYON'S OF CALIFORNIA, INC.'S NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT (CASE NO. 3:04-CV-05108 CRB)

1201191.1